```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDGAR SAPON SAPON, individually and on behalf
of others similarly situated,

                         Plaintiff,                       **18-CV-4026 (VSB) (KHP)**

           -against-                             **ORDER TO SHOW CAUSE**

UNCLE PAUL'S PIZZA & CAFE INC. (D/B/A UNCLE
PAUL'S PIZZA), NN PIZZA CORP. (D/B/A PIZZA
FACTORY), PASKO PAUL NICAI, DINO REDZIC (A.K.A.
ABIDIN), NATALIA MOURGA, NEAT KRKUTI, BENNY
DOE, and LEO DOE,

                         Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Plaintiff Edgar Sapon Sapon and Plaintiff's counsel, Michael Faillace & Associates, P.C., is hereby ORDERED TO SHOW CAUSE why Plaintiff should not be sanctioned pursuant to Federal Rule of Civil Procedure 37.  *See* Doc. No. 70.  Such showing shall be made by affidavit by no later than **July 22, 2019**.  The parties shall appear with counsel for a hearing on this matter on **July 29, 2019** at 3:30 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: New York, New York
       July 8, 2019

                                                  */s/ Katharine H. Parker*
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge