# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

_____

May 26, 2020

**VIA ECF**
Honorable Vernon S. Broderick, U.S.D.J.
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

**Re:   Sapon Sapon et al. v. Unclie Paul's Pizza & Café Inc. et al., 18-cv-04026-VSB-KHP**

Dear Judge Broderick:

      This office represents Plaintiff Edgar Sapon Sapon in the above referenced matter. Enclosed herewith is a copy of the amended negotiated settlement agreement between the parties in this matter. As this amended agreement cures the lone defect identified by the Court in its review of the original settlement agreement, to wit, the breadth of the release provision (See ECF Doc. No. 83), the Court is respectfully requested to approve this amended agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      The parties thank the Court for its consideration of this matter.

Respectfully Submitted,

/s/ Jordan Gottheim
Jordan Gottheim, Esq.

Encl.

Cc: Defendants' Counsel (via ECF)