# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, 4510
New York, New York 10165
_____

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

May 26, 2020

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK
U.S.D.J.** 5/27/2020

In light of my May 6, 2020 Order and the parties' proposed revised settlement agreement, I find that the parties have cured the deficiencies in their previous agreement, and approve the revised settlement agreement as fair and reasonable.

**VIA ECF**
Honorable Vernon S. Broderick, U.S.D.J.
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Sapon Sapon et al. v. Unclie Paul's Pizza & Café Inc. et al., 18-cv-04026-VSB-KHP**

Dear Judge Broderick:

This office represents Plaintiff Edgar Sapon Sapon in the above referenced matter. Enclosed herewith is a copy of the amended negotiated settlement agreement between the parties in this matter. As this amended agreement cures the lone defect identified by the Court in its review of the original settlement agreement, to wit, the breadth of the release provision (See ECF Doc. No. 83), the Court is respectfully requested to approve this amended agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The parties thank the Court for its consideration of this matter.

Respectfully Submitted,

/s/ Jordan Gottheim
Jordan Gottheim, Esq.

Encl.

Cc: Defendants' Counsel (via ECF)

*Certified as a minority-owned business in the State of New York*